

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

DOROTHY JEAN PRICE                                PLAINTIFF

v.                                        CIVIL ACTION NO. 3:06cv401-HTW-LRA

SHIRLEY MAE PRICE, *et al.*                         DEFENDANTS

### ORDER OF DISMISSAL

As directed by the Court during the conference on January 8, 2007 Andrea Barnes called the Court to announce to the Court that the necessary paperwork had been completed to settle all pending claims in this matter. Accordingly, the Court being desirous of removing this matter from its docket;

IT IS, THEREFORE, ORDERED that this action be, and it is hereby dismissed with prejudice as to all parties. If any party fails to consummate this settlement within thirty (30) days, any aggrieved party may reopen the case for enforcement of the settlement agreement within ten (10) days; and if successful, all additional attorneys' fees and costs from this date shall be awarded such aggrieved party or parties against the party failing to consummate the agreement.

IT IS FURTHER ORDERED AND ADJUDGED that this matter having been concluded, all motions pending in this matter, if any, are hereby moot and accordingly dismissed.

ORDERED, this the 12th day of January, 2007.

                                                      UNITED STATES MAGISTRATE JUDGE